IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TAVITA FARANI, TYLER BUNTING and
MICHAEL LOCKE                                                                   PLAINTIFFS

VERSUS                                          CAUSE NO. 3:16CV227HTW-LRA

LESLIE FILE and PRIME TIME HEALTHCARE, LLC             DEFENDANTS

**PRIME TIME HEALTHCARE, LLC'S RESPONSE TO
TO LESLIE FILE'S MOTION FOR CONTINUANCE
AND REQUEST FOR EXPEDITED HEARING**

      The separate Defendant, Prime Time Healthcare, LLC ("Prime Time"), by and through counsel, hereby files this Response to Leslie File's Motion for Continuance and Request for Expedited Hearing ([Doc. 178]), as follows:

      1.     Prime Time does not oppose Leslie File's Motion for Continuance and Request for Expedited Hearing ([Doc. 178]).

      ACCORDINGLY, the separate Defendant, Prime Time Healthcare, LLC, requests all relief to which it is entitled, at law or in equity.

      RESPECTFULLY SUBMITTED this, the 14th day of June, 2018.

                                                                                 PRIME TIME HEALTHCARE, LLC

                                                                       BY: */s/ Nicholas K. Thompson*
                                                                             MATTHEW D. MILLER
                                                                             NICHOLAS K. THOMPSON

MATTHEW D. MILLER (MSB #99210)
NICHOLAS K. THOMPSON (MSB #103259)
Copeland, Cook, Taylor & Bush, PA
P. O. Box 17619
Hattiesburg, MS 39404-7619
110 Sheffield Loop (39402)
(601) 264-6670 (phone)
(601) 264-5660 (fax)
mmiller@cctb.com
nthompson@cctb.com

# CERTIFICATE OF SERVICE

I, the undersigned, attorney of record for the Defendants, do hereby certify that I have this day filed the foregoing document using the Court's CM/ECF electronic filing system, which provides an electronic copy of same to:

Lance L. Stevens
Stevens & Ward, P.A.
1855 Lakeland Dr., Suite. Q-200
Jackson, MS  39216
lstevens@stevensandward.com

Kevin D. Swenson (pro hac vice)
Robert Derby & Associates
134 North 200 East, Ste. 302
St. George, UT  84770
kevinswenson@me.com

Eric S. Olson  (pro hac vice)
Eisenberg Gilchrist & Cutt
215 S. State St., Ste. 900
Salt Lake City, UT  84111
eolson@egclegal.com

Allen Harry Browning (pro hac vice)
Browning Law
482 Constitution Way, Ste. 111
Idaho Falls, ID  83402
allen.browninglaw@gmail.com

Patrick M. Tatum
Glenn Beckham
William L. Morton
Upshaw, Williams, Biggers & Beckham, LLP
P.O. Box 3080
Ridgeland, MS  39158-3080
ptatum@upshawwilliams.com
gbeckham@upshawwilliams.com
wmorton@upshawwilliams.com

THIS, the 14th day of June, 2018.

> /s/ Nicholas K. Thompson
> MATTHEW D. MILLER
> NICHOLAS K. THOMPSON